IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02141-REB-MEH

DAVID L. HILDEBRAND, an individual,

    Plaintiff,

v.

TITAN and
STAR ASIA-USA, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2009.**

    The Notice of Settlement and Motion to Vacate filed by Defendant Star Asia-USA [filed December 2, 2009; docket #25] is **granted**. The Scheduling Conference set for December 3, 2009, at 9:15 a.m. is hereby **vacated**. The Plaintiff and Defendant Star Asia shall file dismissal papers with the Court **on or before December 15, 2009**.

    A Status Conference is scheduled in this case for **January 15, 2010, at 9:45 a.m.** The Plaintiff may appear either in person or by telephone by calling my Chambers at (303) 844-4507 at the appointed time. The Plaintiff shall be prepared to discuss the status and progression of the case involving Defendant Titan.