IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02141-REB-MEH

DAVID L. HILDEBRAND, an individual,

      Plaintiff,

v.

TITAN and
STAR ASIA-USA, LLC,

      Defendants.

---

# MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 4, 2009.**

      In light of the Notice of Settlement [filed December 2, 2009; docket #25], Defendant Star Asia - U.S.A. LLC's Corrected Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue, Insufficient Process and Insufficient Service of Process [filed October 23, 2009; docket #7] and Defendant Star Asia, U.S.A., LLC's Motion to Quash and/or Dismiss for Insufficient Service of Process [filed November 24, 2009; docket #22] are **denied as moot**.